# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40351
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARTIN NETRO-DE LEON,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:14-CR-929-1

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Martin Netro De-Leon raises an argument that is foreclosed by *United States v. Martinez-Lugo*, 782 F.3d 198 (5th Cir. 2015), *petition for cert. filed* (June 19, 2015) (No. 14-10355). In *Martinez-Lugo*, 782 F.3d at 204-05, we held that an enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40351

is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity.

Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.